UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY A. BAUSMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>    Defendant. | 1:14-cv-00900-DAD-EPG-PC<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION PROCEED ONLY AGAINST DEFENDANT CDCR ON PLAINTIFF'S RLUIPA CLAIM AND RELATED STATE CLAIMS, AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED<br><br>OBJECTIONS, IF ANY, DUE IN 20 DAYS |

    Barry A. Bausman ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and The Religious Land Use and Institutionalized Persons Act of 2000 ("RLUIPA"), 42 U.S.C. § 2000cc-1.  The case now proceeds on the Second Amended Complaint filed by Plaintiff on February 13, 2015.  (ECF No. 31.)  The First Amended Complaint names sole defendant California Department of Corrections and Rehabilitation (CDCR) and alleges RLUIPA claims, First Amendment free exercise claims, Fourteenth Amendment equal protection claims, and state law claims.

    The Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915A and found that it states a cognizable RLUIPA claim against defendant CDCR, but no other claims.  (ECF No. 15.)  On May 4, 2016, Plaintiff was granted leave to either file a Second Amended Complaint or notify the Court that he is willing to proceed only on the claims found cognizable by the Court.  (Id.)  On May 16, 2016, Plaintiff filed a notice informing the

Court that he is willing to proceed only on the cognizable RLUIPA claim and related state law claims against defendant CDCR.  (ECF No. 16.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed only against defendant CDCR, on Plaintiff's claim under RLUIPA and related state law claims;
2. All remaining claims and defendants be dismissed from this action; and
3. Plaintiff's First Amendment free exercise claims and Fourteenth Amendment equal protection claims be dismissed from this action based on Plaintiff's failure to state a claim.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **twenty (20) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  <u>Wilkerson v. Wheeler</u>, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing <u>Baxter v. Sullivan</u>, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **May 19, 2016**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE